JOHN K. GALLAGHER, ESQ.
Nevada State Bar No. 000956
BRIAN J. SAEMAN, ESQ.
Nevada State Bar No. 007892
GUILD, RUSSELL, GALLAGHER
& FULLER, LTD.
100 W. Liberty St., Ste. 800
P.O. Box 2838
Reno, NY 89505
(775) 786-2366
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA G. LINDSAY, an individual, PENELOPE WRIGHT, an individual, TIMOTHY E. PIERACCI, an individual, MICHAEL A. PIERACCI, an individual and MITCHELL D. PIERACCI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CLAUDIA A. LINDSAY and DONALD W. LINDSAY, individually and as Trustees of the SEIFERT FAMILY TRUST,<br><br>Defendants. | Case No. CV-N-05-0305-LRH (RAM)<br><br>**STIPULATED REQUEST TO EXTEND TIME TO FILE PROPOSED JOINT PRETRIAL ORDER**<br>**[FIRST REQUEST]** |

Plaintiffs ANGELA G. LINDSAY, PENELOPE WRIGHT, TIMOTHY E. PIERACCI, MICHAEL A. PIERACCI and MITCHELL D. PIERACCI, by and through their counsel of record, John K. Gallagher, Esq., of Guild, Russell, Gallagher & Fuller, Ltd., and Defendants CLAUDIA A. LINDSAY and DONALD W. LINDSAY, by and through their counsel of record J. Douglas Clark, Esq., in accordance with Local Rules 6-1 and 7-2,

HEREBY STIPULATE and submit this request for an order extending the time within which to file the proposed joint pretrial order, pursuant to Local Rule 26-1(e)(5), which is due on August 7, 2006, by thirty (30) days after the completion of the settlement conference scheduled for August 17,

GUILD, RUSSELL
GALLAGHER & FULLER
LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET
SUITE 800
P. O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366

2006, as follows:

The parties shall file the proposed joint pretrial order, pursuant to Local Rule 26-1(e)(5), on September 18, 2006.

DATED this 4th day of August, 2006.

| GUILD, RUSSELL, GALLAGHER & FULLER, LTD. | J. DOUGLAS CLARK, ATTORNEY AT LAW, LTD. |
|---|---|
| By /s/ Brian J. Saeman<br>JOHN K. GALLAGHER, ESQ.<br>Nevada State Bar No. 000956<br>BRIAN J. SAEMAN, ESQ.<br>Nevada State Bar No. 007892<br>100 West Liberty Street, Suite 800<br>P.O. Box 2838<br>Reno, Nevada 89505<br>(775) 786-2366<br>Attorneys for Plaintiffs | By /s/ J. Douglas Clark<br>J. DOUGLAS CLARK, ESQ.<br>Nevada State Bar No. 000640<br>516 West Plumb Lane, Suite B<br>Reno, Nevada 89509<br>(775) 324-7822<br>Attorney for Defendants |

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: August 8, 2006.

GUILD, RUSSELL GALLAGHER & FULLER LIMITED
ATTORNEYS AT LAW
100 WEST LIBERTY STREET
SUITE 800
P.O. BOX 2838
RENO, NEVADA 89505
(775) 786-2366